# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA COX, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LONG BEACH, et al., <br><br> Defendants. | Case No. CV 11-5597-JHN (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: November 14, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE